No. 5, Misc. GRIFFEN *v.* BURFORD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 6, Misc. GLASCOW *v.* MAYO, FLORIDA STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 7, Misc. HAYES *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 8, Misc. LUCAS *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 12, Misc. ADKINS, ADMINISTRATRIX, *v.* E. I. DU PONT DE NEMOURS & Co., INC. ET AL. C. A. 10th Cir. Certiorari denied. *John W. Porter, Jr.* for petitioner. *Grover C. Spillers* for Du Pont de Nemours & Co., Inc., respondent. *Solicitor General Perlman* for the United States.

No. 14, Misc. SPELLER *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Herman L. Taylor, C. J. Gates* and *Charles W. Williamson* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Hughes J. Rhodes,* Assistant Attorney General, for respondent.

No. 15, Misc. GENSBURG *v.* SMITH, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 17, Misc. PETITT *v.* ROBINSON, WARDEN. Circuit Court of Sangamon County, Illinois. Certiorari denied.